**Opinion issued February 20, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00405-CV

_____

**DANIEL J. SHEA, Appellant**

**V.**

**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Case No. 2010-62797

## MEMORANDUM OPINION

Appellant, Daniel J. Shea, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.